## Sprague *v.* Zeck, Appellant, et al.

Argued September 28, 1937. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN and STERN, JJ.

*John H. Sorg,* for appellant.

*John E. Evans, Jr.,* of *Margiotti, Pugliese, Evans & Buckley,* for appellee.

PER CURIAM, November 12, 1937:

We are of one mind that the evidence in this record demonstrates that the questions of negligence and contributory negligence were for the jury. Nothing would be gained by a detailed recital of the facts, as that is all the motion for judgment n. o. v. calls for.

Judgment affirmed.